KATHRYN A. THICKSTUN
California Bar No. 135014
110 West C Street, Suite 2108
San Diego, CA 92101-3910

Telephone: (619) 523-5375
Facsimile: (619) 523-5376
E-Mail: ktleff@cox.net

Attorney for Defendant ROGELIO MILLAN-VASQUEZ

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE MARILYN L. HUFF)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br><br>ROGELIO MILLAN-VASQUEZ,<br><br>                    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Criminal No. 08 CR 0656 H

JOINT MOTION TO CONTINUE
SENTENCING

        Rogelio Millan-Vasquez, defendant, by and through counsel Kathryn A. Thickstun, and the United States of America, plaintiff, by and through counsel U.S. Attorney Karen P. Hewitt and Assistant U.S. Attorney Carla Bressler, hereby jointly move this court to continue the sentencing hearing presently set for June 16, 2008, to September 19, 2008, at 9:00 a.m.  Mr. Millan-Vasquez is in custody.  The parties agree the time is excludable.

        Respectfully submitted:


Date:  June 4, 2007                    s/Kathryn Thickstun Leff
                                       KATHRYN THICKSTUN LEFF
                                       Attorney for ROGELIO MILLAN-VASQUEZ


                                       s/Carla Bressler
                                       CARLA BRESSLER
                                       Special Assistant United States Attorney